IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET KENNEY, Individually, and as Administratrix C.T.A. of the ESTATE OF JOHN J. KENNEY<br>**Plaintiff**<br><br>v.<br><br>ST. PAUL TRAVELERS INSURANCE COMPANY, INC. a/k/a THE STANDARD FIRE INSURANCE COMPANY<br><br>**Defendant** | 3:CV-07-1389<br>(JUDGE VANASKIE) |

## ORDER

AND NOW this 28th day of January, 2008, upon consideration of the within Motion of Plaintiff, Janet Kenney, individually and as Administratrix C.T.A. of the Estate of John J. Kenney, deceased, it is hereby **ORDERED** and **DECREED**, that Plaintiff is authorized to enter into a settlement with Defendant, Travelers, in the sum of Fifteen Thousand Dollars ($15,000.00).

It is further **ORDERED** and **DECREED** that the settlement proceeds from the available Fifteen Thousand Dollars ($15,000.00) are to be distributed as follows:

(a) $10,000.00 to Plaintiff, Janet Kenney; and

(b) $5,000.00 to Christina A. Coury, Esquire, in counsel fees pursuant to the fee agreement.

BY THE COURT:

_____ J.
**THE HONORABLE THOMAS I. VANASKIE**